**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: FERGUSON, GEORGE § | Case No. 08-01509-BWB |
| FERGUSON, ROBERTA § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 219 S DEARBORN STREET
 7TH FLOOR
 CHICAGO, IL  60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/04/2011 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  09/30/2011           By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                            Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: FERGUSON, GEORGE | § | Case No. 08-01509-BWB |
| FERGUSON, ROBERTA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 520,004.26 |
| *and approved disbursements of* | $ 401,180.90 |
| *leaving a balance on hand of* [1] | $ 118,823.36 |
| **Balance on hand:** | $ 118,823.36 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 118,823.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 23,232.41 | 0.00 | 23,232.41 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 5,120.00 | 0.00 | 5,120.00 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 77.21 | 0.00 | 77.21 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 28,429.62 |
| Remaining balance: | $ 90,393.74 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $    90,393.74

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:   $    90,393.74

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,229.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | American General Finance | 1,718.02 | 0.00 | 1,718.02 |
| 5 | B-Line, LLC | 1,268.33 | 0.00 | 1,268.33 |
| 6 | B-Line, LLC | 1,082.63 | 0.00 | 1,082.63 |
| 7 | World Finance | 1,344.00 | 0.00 | 1,344.00 |
| 8 | PremierBankCard/Charter | 564.61 | 0.00 | 564.61 |
| 9 | PremierBankCard/Charter | 241.91 | 0.00 | 241.91 |
| 10 | PremierBankCard/Charter | 380.07 | 0.00 | 380.07 |
| 11 | LVNV Funding LLC its successors and assigns as | 687.59 | 0.00 | 687.59 |
| 12 | LVNV Funding LLC its successors and assigns as | 1,279.73 | 0.00 | 1,279.73 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount | Interim Payments | Proposed Payment |
|---|---|---|---|---|
| 13 | Portfolio Recovery Assocs., LLC | 1,249.11 | 0.00 | 1,249.11 |
| 15 | RKFD Infectious Disease Consults | 2,285.00 | 0.00 | 2,285.00 |
| 16 | The First National Bank of Ottawa | 5,128.44 | 0.00 | 5,128.44 |

Total to be paid for timely general unsecured claims: $ 17,229.44
Remaining balance: $ 73,164.30

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 73,164.30

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 73,164.30

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 9.0% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $2,808.16. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 70,355.14.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                          Case No. 08-01509-BWB
George Ferguson                                                 Chapter 7
Roberta Ferguson
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0752-1        User: corrinal              Page 1 of 2        Date Rcvd: Oct 03, 2011
                            Form ID: pdf006             Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2011.
db/jdb     +George Ferguson,    Roberta Ferguson,     1211 W. Jackson St.,    Ottawa, IL 61350-2536
aty        +David P Lloyd,    Grochocinski Grochocski and Lloyd Ltd,     1900 Ravinia Road,
             Orland Park, IL 60462-3760
aty        +Grochocinski Grochocinski & Lloyd Ltd,     1900 Ravinia Place,    Orland Park, IL 60462-3760
aty        +Passen Law Group,    1 E. Wacker Dr.,    Suite 1750,    Chicago, IL 60601-1980
11895683    Academy Collection Service, Inc.,     10965 Decatur Road,    Philadelphia, PA 19154-3210
11895689    BP,   Processing Center,    Des Moines, IA 50360-6600
11895685   +BankFirst Master Card,    P.O. Box 5052,    Sioux Falls, SD 57117
11895687   +Bhurji Singh, MDSC,    P.O. Box 379,    Orland Park, IL 60462-0379
11895688    Blair,   307 Liberty St.,    Warren, PA 16366-1000
11895690    Capital One Services,    Attn. Bankruptcy Dept.,     P.O. Box 60000,    Seattle, WA 98190-6000
11895691    Citi Financial,    P.O. Box 649,    Hanover, MD 21076-0649
11895692   +Codilis & Associates,    15W030 N. Frontage Rd. Ste. 100,     Darien, IL 60527-6921
11895693   +Creditors Discount & Audit Co.,     415 E. Main St.,    P.O. Box 2113,    Streator, IL 61364-2927
11895698    Department of the Treasury,    Internal Revenue Service,     P.O. Box 7346,
             Philadelphia, PA 19101-7346
13903445   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company LLC,      P O Box 537901,
             Livonia MI  48153-9905)
11895694   +First National Bank of Ottawa,     701 Lasalle St.,    Ottawa, IL 61350-5019
11895695    First Premier Bank,    P.O. Box 5519,    Sioux Falls, SD 57117-5519
14680275    First Premier Bank,    Academy Collection Service Inc,     10965 Decatur Road,
             Philadelphia, PA 19154-3210
11895696    Ford Credit,    P.O. Box 64400,    Colorado Springs, CO 80962-4400
11895697    Household Credit Services,    P.O. Box 80084,    Salinas, CA 93912-0084
14680277   +Medicom,   CPA,    P O Box 802068,    Dallas, TX 75380-2068
14680276   +Medicom,    P O Box 802068,    Dallas, TX 75380-2068
12856455   +Portfolio Recovery Assocs., LLC,     POB 41067,    Norfolk, VA 23541-1067
12051787   +PremierBankCard/Charter,    P.O Box 2208,    Vacaville, CA 95696-8208
11895700   +RKFD Infectious Disease Consults,     129 Phelps Ave. # 508,    Rockford, IL 61108-2483
11895701    Shell,   Processing Center,    Des Moines, IA 50367-0100
14680278   +St Margaret’s Hospital,    Wimbiscus Law Firm,     102 East St Paul St,
             Spring Valley, Il 61362-2037
11895702   +St. Margaret’s Hospital,    600 East First St.,     Spring Valley, IL 61362-1599
11895703   +Sun Finance,    102 W. Madison St.,    Ottawa, IL 61350-5006
11895704    Texaco/Shell,    Processing Center,    Des Moines, IA 50359-0001
11895705   +United Resource Systems Inc.,     10075 W. Colfax Ave.,    Denver, CO 80215-3907
11895706   +Ushasri Koganti, MD,    1129 Columbus St.,    Ottawa, IL 61350-2106
11895708    Washington Mutual,    P.O. Box 79035,    Phoenix, AZ 85062-9035
11928880   +Wells Fargo Home Mortgage,    c/o Codilis & Associates, P.C.,
             15W030 North Frontage Road, Suite 100,     Burr Ridge, IL 60527-6921
11895709   +Wimbiscus Law Firm,    102 East St. Paul St.,    Spring Valley, IL 61362-2037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11977601    E-mail/PDF: BNCEmails@blinellc.com Oct 04 2011 03:52:57      B-Line, LLC,    MS 550,    PO Box 91121,
             Seattle, WA 98111-9221
11895699    E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2011 03:54:09      JC Penney,    P.O. Box 960001,
             MCCBG- JC Penney,    Orlando- FL 32896-0001
12157981    E-mail/Text: resurgentbknotifications@resurgent.com Oct 04 2011 03:16:39
             LVNV Funding LLC its successors and assigns as,     assignee of Citibank,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11895684    E-mail/PDF: cbp@slfs.com Oct 04 2011 05:03:14      American General Finance,    305 E. Main St.,
             Streator, IL 61364
11933843    E-mail/PDF: cbp@slfs.com Oct 04 2011 05:03:14      American General Finance,    PO Box 3251,
             Evansville, IN 47731
11895707    E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2011 03:54:10      Walmart,    P.O. Box 530927,
             Atlanta, GA 30353-0927
11895710   +E-mail/PDF: bk@worldacceptance.com Oct 04 2011 04:53:07      World Finance,    108 W. Madison St.,
             Ottawa, IL 61350-5006
                                                                                             TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Stephen M Passen
12051788*  +PremierBankCard/Charter,    P.O Box 2208,    Vacaville, CA 95696-8208
12051789*  +PremierBankCard/Charter,    P.O Box 2208,    Vacaville, CA 95696-8208
15359063*  +The First National Bank of Ottawa,     701 LaSalle St,    Ottawa, IL 61350-5019
11895686   ##+BankFirst Visa,    P.O. Box 5052,    Sioux Falls, SD 57117
                                                                                  TOTALS: 1, * 3, ## 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: corrinal               Page 2 of 2              Date Rcvd: Oct 03, 2011
                              Form ID: pdf006              Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 05, 2011**                          **Signature:**    _Joseph Speetjens_