**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: FERGUSON, GEORGE | § Case No. 08-01509-BWB |
| FERGUSON, ROBERTA | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $98,000.00                     Assets Exempt:  $8,489.80
*(without deducting any secured claims)*

Total Distribution to Claimants: $170,356.24       Claims Discharged
                                                    Without Payment:  $0.00

Total Expenses of Administration:  $227,890.52

---

3) Total gross receipts of $ 520,006.29  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 121,759.53  (see **Exhibit 2**), yielded net receipts of $398,246.76 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $237,599.07 | $150,000.00 | $150,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 229,610.52 | 227,890.52 | 227,890.52 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 21,714.32 | 20,356.24 | 20,356.24 |
| **TOTAL DISBURSEMENTS** | $0.00 | $488,923.91 | $398,246.76 | $398,246.76 |

4) This case was originally filed under Chapter 7 on November 02, 2009. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/12/2012          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| MEDICAL MALPRACTICE CASE | 1149-000 | 520,000.00 |
| Interest Income | 1270-000 | 6.29 |
| **TOTAL GROSS RECEIPTS** | | **$520,006.29** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ROBERTA FERGUSON | SURPLUS TO DEBTOR | 8200-002 | 50,000.00 |
| FERGUSON, GEORGE | Dividend paid 100.00% on $121,759.53; Claim# SURPLUS; Filed: $121,759.53; Reference: | 8200-000 | 71,759.53 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$121,759.53** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First National Bank of Ottawa | 4110-000 | N/A | 5,127.96 | 0.00 | 0.00 |
| 2 | Wells Fargo Home Mortgage | 4110-000 | N/A | 82,471.11 | 0.00 | 0.00 |
|  | OFFICEMAX, INC. | 4220-000 | N/A | 150,000.00 | 150,000.00 | 150,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$237,599.07** | **$150,000.00** | **$150,000.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 23,232.41 | 23,232.41 | 23,232.41 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 5,120.00 | 3,400.00 | 3,400.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 77.21 | 77.21 | 77.21 |
| PASSEN LAW GROUP | 3210-600 | N/A | 173,333.33 | 173,333.33 | 173,333.33 |
| PASSEN LAW GROUP | 3220-610 | N/A | 27,371.68 | 27,371.68 | 27,371.68 |
| The Bank of New York Mellon | 2600-000 | N/A | 475.89 | 475.89 | 475.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 229,610.52 | 227,890.52 | 227,890.52 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | American General Finance | 7100-000 | N/A | 1,718.02 | 1,718.02 | 1,718.02 |
| 3I | American General Finance | 7990-000 | N/A | 311.79 | 311.79 | 311.79 |
| 4 -3 | Department of the Treasury | 7100-000 | N/A | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Claimant | Code | | Amount | | |
|---|---|---|---|---|---|---|
| 5 | B-Line, LLC | 7100-000 | N/A | 1,268.33 | 1,268.33 | 1,268.33 |
| 5I | B-Line, LLC | 7990-000 | N/A | 230.18 | 230.18 | 230.18 |
| 6 | B-Line, LLC | 7100-000 | N/A | 1,082.63 | 1,082.63 | 1,082.63 |
| 6I | B-Line, LLC | 7990-000 | N/A | 196.48 | 196.48 | 196.48 |
| 7 | Clerk Of The U.S. Bankruptcy Court - World Finance | 7100-001 | N/A | 1,344.00 | 1,344.00 | 1,344.00 |
| 7I | Clerk Of The U.S. Bankruptcy Court - World Finance | 7990-001 | N/A | 243.91 | 243.91 | 243.91 |
| 8 | PremierBankCard/Charter | 7100-000 | N/A | 564.61 | 564.61 | 564.61 |
| 8I | PremierBankCard/Charter | 7990-000 | N/A | 102.47 | 102.47 | 102.47 |
| 9 | PremierBankCard/Charter | 7100-000 | N/A | 241.91 | 241.91 | 241.91 |
| 9I | PremierBankCard/Charter | 7990-000 | N/A | 43.90 | 43.90 | 43.90 |
| 10 | PremierBankCard/Charter | 7100-000 | N/A | 380.07 | 380.07 | 380.07 |
| 10I | PremierBankCard/Charter | 7990-000 | N/A | 68.97 | 68.97 | 68.97 |
| 11 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 687.59 | 687.59 | 687.59 |
| 11I | LVNV Funding LLC its successors and assigns as | 7990-000 | N/A | 124.78 | 124.78 | 124.78 |
| 12 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 1,279.73 | 1,279.73 | 1,279.73 |
| 12I | LVNV Funding LLC its successors and assigns as | 7990-000 | N/A | 232.24 | 232.24 | 232.24 |
| 13 | Portfolio Recovery Assocs., LLC | 7100-000 | N/A | 1,249.11 | 1,249.11 | 1,249.11 |
| 13I | Portfolio Recovery Assocs., LLC | 7990-000 | N/A | 226.69 | 226.69 | 226.69 |
| 14 | Ford Motor Credit Company LLC | 7100-000 | N/A | 1,358.08 | 0.00 | 0.00 |
| 15 | RKFD Infectious Disease Consults | 7100-000 | N/A | 2,285.00 | 2,285.00 | 2,285.00 |
| 15I | RKFD Infectious Disease Consults | 7990-000 | N/A | 414.68 | 414.68 | 414.68 |
| 16 | The First National Bank of Ottawa | 7100-000 | N/A | 5,128.44 | 5,128.44 | 5,128.44 |
| 16I | The First National Bank of Ottawa | 7990-000 | N/A | 930.71 | 930.71 | 930.71 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 21,714.32 | 20,356.24 | 20,356.24 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-01509-BWB  
**Case Name:** FERGUSON, GEORGE  
FERGUSON, ROBERTA  
**Period Ending:** 04/12/12

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 11/02/09 (c)  
**§341(a) Meeting Date:** 12/28/09  
**Claims Bar Date:** 04/02/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   1211 W JACKSON STREET, OTTAWA, IL | 98,000.00 | 0.00 | DA | 0.00 | FA |
| 2   FURNTIURE | 2,000.00 | 0.00 |  | 0.00 | FA |
| 3   CLOTHING | 500.00 | 0.00 |  | 0.00 | FA |
| 4   MEDICAL MALPRACTICE CASE | Unknown | Unknown | OA | 520,000.00 | FA |
| 5   1998 FORD WINSTAR | 5,000.00 | 0.00 |  | 0.00 | FA |
| 6   1997 CONVERSION VAN | 6,000.00 | 0.00 |  | 0.00 | FA |
| 7   1991 CHEVY S10 PICKUP | 1,000.00 | 0.00 |  | 0.00 | FA |
| Int   INTEREST  (u) | Unknown | N/A |  | 6.29 | FA |
| 8   Assets   Totals (Excluding unknown values) | **$112,500.00** | **$0.00** |  | **$520,006.29** | **$0.00** |

**Major Activities Affecting Case Closing:**

PREPARING MOTION TO EMPLOY SPECIAL COUNSEL TO LITIGATE MALPRACTICE CASE; SPECIAL COUNSEL EMPLOYED 7/9/10

FINAL DISTRIBUTION CHECKS ISSUED 11/4/11; AWAITING CLEARANCE OF SAME TO CLOSE CASE

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011       **Current Projected Date Of Final Report (TFR):**   September 30, 2011  (Actual)

Printed: 04/12/2012 08:41 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-01509-BWB  
**Case Name:** FERGUSON, GEORGE  
FERGUSON, ROBERTA  
**Taxpayer ID #:** **-***8842  
**Period Ending:** 04/12/12

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******85-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/21/11 | {4} | FOREST HEALTH SERVICES LLC | SETTLEMENT OF MEDICAL MALPRACTICE CASE | 1149-000 | 25,000.00 | | 25,000.00 |
| 06/21/11 | {4} | EVANSTON INSURANCE COMPANY | SETTLEMENT OF MEDICAL MALPRACTICE | 1149-000 | 495,000.00 | | 520,000.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.27 | | 520,001.27 |
| 07/06/11 | | To Account #9200******8566 | TRANSFER FUNDS | 9999-000 | | 150,000.00 | 370,001.27 |
| 07/06/11 | 1001 | ROBERTA FERGUSON | SURPLUS TO DEBTOR | 8200-002 | | 50,000.00 | 320,001.27 |
| 07/06/11 | 1002 | PASSEN LAW GROUP | FEES AND COSTS TO SPECIAL COUNSEL | | | 200,705.01 | 119,296.26 |
| | | | FEES            173,333.33 | 3210-600 | | | 119,296.26 |
| | | | EXPENSES          27,371.68 | 3220-610 | | | 119,296.26 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.99 | | 119,298.25 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 475.89 | 118,822.36 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.00 | | 118,823.36 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.97 | | 118,824.33 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.00 | | 118,825.33 |
| 11/03/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.06 | | 118,825.39 |
| 11/03/11 | | To Account #9200******8566 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 118,825.39 | 0.00 |

| | | |
|---|---:|---:|
| ACCOUNT TOTALS | 520,006.29 | 520,006.29 |
| Less: Bank Transfers | 0.00 | 268,825.39 |
| Subtotal | 520,006.29 | 251,180.90 |
| Less: Payments to Debtors | | 50,000.00 |
| NET Receipts / Disbursements | $520,006.29 | $201,180.90 |

$0.00

{} Asset reference(s)

Printed: 04/12/2012 08:41 AM   V.12.57

## FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-01509-BWB  
**Case Name:** FERGUSON, GEORGE  
FERGUSON, ROBERTA  
**Taxpayer ID #:** **-***8842  
**Period Ending:** 04/12/12

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******85-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/06/11 | | From Account #9200******8565 | TRANSFER FUNDS | 9999-000 | 150,000.00 | | 150,000.00 |
| 07/06/11 | 101 | OFFICEMAX, INC. | PAYMENT OF MEDICAL MALPRACTICE LIEN | 4220-000 | | 150,000.00 | 0.00 |
| 11/03/11 | | From Account #9200******8565 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 118,825.39 | | 118,825.39 |
| 11/08/11 | 102 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $23,232.41, Trustee Compensation;  Reference: | 2100-000 | | 23,232.41 | 95,592.98 |
| 11/08/11 | 103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $3,400.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,400.00 | 92,192.98 |
| 11/08/11 | 104 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $77.21, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 77.21 | 92,115.77 |
| 11/08/11 | 105 | American General Finance | Dividend paid 100.00% on $1,718.02; Claim# 3; Filed: $1,718.02; Reference: | 7100-000 | | 1,718.02 | 90,397.75 |
| 11/08/11 | 106 | B-Line, LLC | Dividend paid 100.00% on $1,268.33; Claim# 5; Filed: $1,268.33; Reference: | 7100-000 | | 1,268.33 | 89,129.42 |
| 11/08/11 | 107 | B-Line, LLC | Dividend paid 100.00% on $1,082.63; Claim# 6; Filed: $1,082.63; Reference: | 7100-000 | | 1,082.63 | 88,046.79 |
| 11/08/11 | 108 | World Finance | Dividend paid 100.00% on $1,344.00; Claim# 7; Filed: $1,344.00; Reference: Voided on 11/16/11 | 7100-000 | | 1,344.00 | 86,702.79 |
| 11/08/11 | 109 | PremierBankCard/Charter | Dividend paid 100.00% on $564.61; Claim# 8; Filed: $564.61; Reference: | 7100-000 | | 564.61 | 86,138.18 |
| 11/08/11 | 110 | PremierBankCard/Charter | Dividend paid 100.00% on $241.91; Claim# 9; Filed: $241.91; Reference: | 7100-000 | | 241.91 | 85,896.27 |
| 11/08/11 | 111 | PremierBankCard/Charter | Dividend paid 100.00% on $380.07; Claim# 10; Filed: $380.07; Reference: | 7100-000 | | 380.07 | 85,516.20 |
| 11/08/11 | 112 | LVNV Funding LLC its successors and assigns as | Dividend paid 100.00% on $687.59; Claim# 11; Filed: $687.59; Reference: | 7100-000 | | 687.59 | 84,828.61 |
| 11/08/11 | 113 | LVNV Funding LLC its successors and assigns as | Dividend paid 100.00% on $1,279.73; Claim# 12; Filed: $1,279.73; Reference: | 7100-000 | | 1,279.73 | 83,548.88 |
| 11/08/11 | 114 | Portfolio Recovery Assocs., LLC | Dividend paid 100.00% on $1,249.11; Claim# 13; Filed: $1,249.11; Reference: | 7100-000 | | 1,249.11 | 82,299.77 |
| 11/08/11 | 115 | RKFD Infectious Disease Consults | Dividend paid 100.00% on $2,285.00; Claim# 15; Filed: $2,285.00; Reference: | 7100-000 | | 2,285.00 | 80,014.77 |
| 11/08/11 | 116 | The First National Bank of Ottawa | Dividend paid 100.00% on $5,128.44; Claim# 16; Filed: $5,128.44; Reference: | 7100-000 | | 5,128.44 | 74,886.33 |
| 11/08/11 | 117 | American General Finance | Dividend paid 100.00% on $311.79; Claim# 3I; Filed: $311.79; Reference: | 7990-000 | | 311.79 | 74,574.54 |
| 11/08/11 | 118 | B-Line, LLC | Dividend paid 100.00% on $230.18; Claim# 5I; | 7990-000 | | 230.18 | 74,344.36 |

Subtotals :   $268,825.39   $194,481.03

{} Asset reference(s)   Printed: 04/12/2012 08:41 AM   V.12.57

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-01509-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | FERGUSON, GEORGE | Bank Name: | The Bank of New York Mellon |
|  | FERGUSON, ROBERTA | Account: | 9200-******85-66 - Checking Account |
| Taxpayer ID #: | **-***8842 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/12/12 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | Filed: $230.18; Reference: |  |  |  |  |
| 11/08/11 | 119 | B-Line, LLC | Dividend paid 100.00% on $196.48; Claim# 6I; Filed: $196.48; Reference: | 7990-000 |  | 196.48 | 74,147.88 |
| 11/08/11 | 120 | World Finance | Dividend paid 100.00% on $243.91; Claim# 7I; Filed: $243.91; Reference:<br>Voided on 11/16/11 | 7990-000 |  | 243.91 | 73,903.97 |
| 11/08/11 | 121 | PremierBankCard/Charter | Dividend paid 100.00% on $102.47; Claim# 8I; Filed: $102.47; Reference: | 7990-000 |  | 102.47 | 73,801.50 |
| 11/08/11 | 122 | PremierBankCard/Charter | Dividend paid 100.00% on $43.90; Claim# 9I; Filed: $43.90; Reference: | 7990-000 |  | 43.90 | 73,757.60 |
| 11/08/11 | 123 | PremierBankCard/Charter | Dividend paid 100.00% on $68.97; Claim# 10I; Filed: $68.97; Reference: | 7990-000 |  | 68.97 | 73,688.63 |
| 11/08/11 | 124 | LVNV Funding LLC its successors and assigns as | Dividend paid 100.00% on $124.78; Claim# 11I; Filed: $124.78; Reference: | 7990-000 |  | 124.78 | 73,563.85 |
| 11/08/11 | 125 | LVNV Funding LLC its successors and assigns as | Dividend paid 100.00% on $232.24; Claim# 12I; Filed: $232.24; Reference: | 7990-000 |  | 232.24 | 73,331.61 |
| 11/08/11 | 126 | Portfolio Recovery Assocs., LLC | Dividend paid 100.00% on $226.69; Claim# 13I; Filed: $226.69; Reference: | 7990-000 |  | 226.69 | 73,104.92 |
| 11/08/11 | 127 | RKFD Infectious Disease Consults | Dividend paid 100.00% on $414.68; Claim# 15I; Filed: $414.68; Reference: | 7990-000 |  | 414.68 | 72,690.24 |
| 11/08/11 | 128 | The First National Bank of Ottawa | Dividend paid 100.00% on $930.71; Claim# 16I; Filed: $930.71; Reference: | 7990-000 |  | 930.71 | 71,759.53 |
| 11/08/11 | 129 | FERGUSON, GEORGE | Dividend paid 100.00% on $121,759.53; Claim# SURPLUS; Filed: $121,759.53; Reference: | 8200-000 |  | 71,759.53 | 0.00 |
| 11/16/11 | 108 | World Finance | Dividend paid 100.00% on $1,344.00; Claim# 7; Filed: $1,344.00; Reference:<br>Voided: check issued on 11/08/11 | 7100-000 |  | -1,344.00 | 1,344.00 |
| 11/16/11 | 120 | World Finance | Dividend paid 100.00% on $243.91; Claim# 7I; Filed: $243.91; Reference:<br>Voided: check issued on 11/08/11 | 7990-000 |  | -243.91 | 1,587.91 |
| 02/23/12 | 130 | Clerk Of The U.S. Bankruptcy Court | UNCLAIMED FUNDS |  |  | 1,587.91 | 0.00 |
|  |  |  | 243.91 | 7990-001 |  |  | 0.00 |
|  |  |  | 1,344.00 | 7100-001 |  |  | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 268,825.39 | 268,825.39 | $0.00 |
| Less: Bank Transfers | 268,825.39 | 0.00 |  |
| Subtotal | 0.00 | 268,825.39 |  |
| Less: Payments to Debtors |  | 71,759.53 |  |
| NET Receipts / Disbursements | $0.00 | $197,065.86 |  |

{} Asset reference(s)      Printed: 04/12/2012 08:41 AM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 08-01509-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** | FERGUSON, GEORGE | | **Bank Name:** | The Bank of New York Mellon |
| | FERGUSON, ROBERTA | | **Account:** | 9200-******85-66 - Checking Account |
| **Taxpayer ID #:** | **-***8842 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 04/12/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******85-65** | 520,006.29 | 201,180.90 | 0.00 |
| **Checking # 9200-******85-66** | 0.00 | 197,065.86 | 0.00 |
| | $520,006.29 | $398,246.76 | $0.00 |

{} Asset reference(s)                                                                                            Printed: 04/12/2012 08:41 AM    V.12.57